UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JASON ANTHONY PICA,

        Plaintiff,

                                                Case No. 21-cv-0112-bhl

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

---

ORDER DISMISSING CASE

---

Plaintiff filed this case on January 26, 2021 but has not filed proof of timely service of the complaint on the defendant, as required by Fed. R. Civ. P. 4. On April 28, 2021, the Court issued an Order to Show Cause giving plaintiff until May 19, 2021 to explain in writing why this case should not be dismissed for failure to serve the defendant in compliance with Fed. R. Civ. P. 4(m). (ECF No. 4.) The Court informed plaintiff that if he failed to respond timely, the case would be dismissed pursuant to Civ. L. R. 41(a). As of the date of this order, plaintiff has failed to file either a response demonstrating good cause for his failure to timely serve the defendant or proof of such service. Accordingly,

IT IS ORDERED that the Plaintiff's complaint is DISMISSED, without prejudice, for failure to effect service of process within the time required by Fed. R. Civ. P. 4(m). The clerk of court will enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 26th day of May, 2021.

                                                                       s/ *Brett H. Ludwig*
                                                                       BRETT H. LUDWIG
                                                                       United States District Judge